UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL S. PRINCE, SR.,

    Plaintiff,

v.

**JUDGMENT**

No. 5:11-CV-763-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed objections and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 25, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on April 25, 2013, and Copies To:**

Virginia A. Noble (via CM/ECF Notice of Electronic Filing)
Marc D. Epstein (via CM/ECF Notice of Electronic Filing)


April 25, 2013                            JULIE A. RICHARDS, CLERK
                                         /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk